UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERANCE CALHOUN,

      Plaintiff,

Case No. 24-10184

v.

HON. MARK A. GOLDSMITH

ROBERT KANE et al.,

      Defendants.
_____/

**ORDER (1) GRANTING DEFENDANTS' MOTION TO DEPOSE INCARCERATED INDIVIDUALS (Dkt. 30), (2) GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO COMPEL (Dkt. 37), AND (3) GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION FOR PROTECTIVE ORDER AND TO COMPEL DOCUMENTS (Dkt. 38)**

The Court held a hearing on October 30, 2024 regarding discovery disputes raised by the parties. The Court grants Defendants' motion to depose incarcerated individuals (Dkt. 30) for the reasons stated on the record.

The Court grants in part and denies in part Defendants' motion to compel (Dkt. 37) and Plaintiffs' motion for protective order and to compel documents (Dkt. 38). As discussed at the hearing, based on the representation of Plaintiffs' counsel that Plaintiffs have identified all custodians of Plaintiff Terance Calhoun's medical records, the Court orders as follows:

- Within seven days of this order, Plaintiffs must provide Defendants with the requisite medical authorization forms. Until further order of the Court, the documents produced by Calhoun's medical providers are available for review only by the parties' attorneys, their support staff, and expert witnesses. The documents are not to be filed on the record or used for any purpose outside of this litigation.

1

- Within seven days of the parties' receipt of the documents from Calhoun's medical providers, Plaintiffs must designate documents or portions of documents as subject to protection. Within 14 days of receiving the documents, the parties must meet and confer about any disagreements regarding Plaintiffs' document designations. If the parties cannot agree about the designations, parties must contact the Court within seven days of the meet and confer to schedule further proceedings.

SO ORDERED.

Dated: November 2, 2024　　　　　　　　　　s/Mark A. Goldsmith
　　　　Detroit, Michigan　　　　　　　　　　MARK A. GOLDSMITH
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 2, 2024.

　　　　　　　　　　　　　　　　　　　　　　s/Carolyn Ciesla
　　　　　　　　　　　　　　　　　　　　　　Case Manager