UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRANCE CALHOUN, et al.,

        Plaintiff,                               Case No. 24-cv-10184

v.

                                         HON. MARK A. GOLDSMITH

ROBERT KANE, et al.,

        Defendants.

_____/

## ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO COMPEL (Dkt. 78)

On  April 3, 2025, the Court held a hearing on Defendant's emergency motion to compel. (Dkt. 78).  Plaintiff Calhoun filed a response (Dkt. 79) and Defendants filed a reply (Dkt. 80).  For the reasons stated on the record at the April 3 hearing, and also stated on the record during the telephonic conference held on April 2, 2025, Defendants' motion is granted in part and denied in part.

SO ORDERED.

Dated: April 4, 2025                      s/Mark A. Goldsmith_____
     Detroit, Michigan                  MARK A. GOLDSMITH
                                  United States District Judge