UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERANCE CALHOUN,

        Plaintiff,

v.

City of Detroit Police Department Sergeant ROBERT KANE, Police Officer JOSE ORTIZ, Police Officer MICHELE JASKULKA, Commander JAMES TOLBERT, Lieutenant BILAL MUHAMMAD, JESSE DOE I, JESSE DOE II, and JESSE DOE III, in their official and/or individual capacities, jointly and severally,

        Defendants.

Case No. 24-CV-10184
Hon. Mark A. Goldsmith
Magistrate Judge David R. Grand

**ORDER GRANTING [ECF No. 69] PLAINTIFF'S UNOPPOSED MOTION TO COMPEL THE APPEARANCE OF NON-PARTY WITNESS MARIAH VASQUEZ FOR DEPOSITION**

---

Emma Freudenberger (NY 4624045)
Amelia Green (NY 5428412)
Rhianna Rey (NY 5814066)
Katie Cion (DC 1779586)
*Attorneys for Plaintiff*
Neufeld Scheck Brustin Hoffmann & Freudenberger, LLP
200 Varick Street, Suite 800
New York, New York 10014
P: (212) 965-9081
E: emma@nsbhf.com
   amelia@nsbhf.com
   rhianna@nsbhf.com
   kcion@nsbhf.com

Alfred Ashu (P82536)
Crystal B Olmstead (P69202)
Krystal A. Crittendon (P49981)
Christopher Michels (P83156)
Philip J. Hiltner (P77913)
*Attorneys for Defendants*
City of Detroit Law Department
2 Woodward Avenue, Suite 500
Detroit, Michigan 48226
P: (313) 237-3089
E: alfredA@Detroitmi.gov
   olmsteadc@detroitmi.gov
   critk@detroitmi.gov
   christopher.michels@detroitmi.gov
   hiltnerp@detroitmi.gov

1

Julie H. Hurwitz (P-34720)
Kathryn Bruner James (P-71374)
Dayja Tillman (P-86526)
*Attorneys for Plaintiff*
Goodman Hurwitz & James, P.C.
1394 E. Jefferson Avenue
Detroit, Michigan 48207
P: (313) 567-6170
E: jhurwitz@goodmanhurwitz.com
　 kjames@goodmanhurwitz.com
　 dtillman@goodmanhurwitz.com

### ORDER GRANTING [ECF No. 69] PLAINTIFF'S UNOPPOSED MOTION TO COMPEL THE APPEARANCE OF NON-PARTY WITNESS MARIAH VASQUEZ FOR DEPOSITION

For the reasons set forth in Plaintiff's Unopposed Motion to Compel the Appearance of Non-Party Witness Mariah Vasquez for Deposition [ECF No. 69], this honorable Court orders the appearance of Mariah Vasquez to fulfill her legal obligations and appear for a deposition at a mutually agreeable time and location.

**IT IS SO ORDERED.**

Dated:  April 29, 2025                         s/Mark A. Goldsmith
Detroit, Michigan                              MARK A. GOLDSMITH
                                               United States District Judge