

# Forensic Test Results

**RELIAGENE**
TECHNOLOGIES,INC

To: Detroit Police Department
Forensic Services Section
2600 Brush St
Detroit, Michigan 48201
Attention: Chris Steary or Glen Hall

| | | |
|---|---|---|
| ReliaGene Case # | F001260 | Report Date: June 15, 2007 |
| Submitter Case # | B06-0614 | |

## ITEMS OF PHYSICAL EVIDENCE

Reliagene Technologies, Inc. received the following items of physical evidence on December 29, 2006, at 9:18 AM via UPS tracking #: 1ZX3W7010110001434 for analysis:

| Ref. # | ReliaGene Sample # | Description |
|---|---|---|
| B06-0614 A | 07-01389 | Known buccal swabs of victim Breonna Huey |
| B06-0614 A | 07-01390 | Vaginal swabs |
| B06-0614 A | 07-01391 | Vaginal smears |
| B06-0614 A | 07-01392 | Rectal swabs |
| B06-0614 A | 07-01393 | Rectal smears |
| B06-0614 A | 07-01394 | Oral swabs |
| B06-0614 A | 07-01395 | Oral smears |
| B06-0614 A | 07-01396 | Pulled head hair |
| B06-0614 A | 07-01397 | Head hair combings |
| B06-0614 A | 07-01398 | Pulled pubic hair |
| B06-0614 A | 07-01399 | Pubic hair combings |
| B06-0614 A | 07-01400 | Undergarments |
| B06-0614 B | 07-01401.01 | Used condom- "inside" swabbing |
| B06-0614 B | 07-01401.02 | Used condom- "outside" swabbing |

Reliagene Technologies, Inc. received the following items of physical evidence on April 23, 2007, AT 9:10 AM via UPS tracking #: 1ZX3W7010110001514 for analysis:

| Ref. # | ReliaGene Sample # | Description |
|---|---|---|
| B06-0614 C | 07-03008 | Buccal swabs of suspect Terrance Calhoun |

* *Evidence retained at Reliagene Technologies, Inc. until further notice*

## SCREENING TEST RESULTS

| Sample # | AP Spot: Presumptive test for semen | Kastle Meyer: Presumptive test for blood | Microscopy: Confirmatory for sperm | P30 Test: Presumptive test for semen |
|---|---|---|---|---|
| 07-01390 | Not Tested | Positive | None Detected | Negative |
| 07-01392 | Not Tested | Not Tested | None Detected | Negative |
| 07-01394 | Not Tested | Not Tested | None Detected | Negative |
| 07-01400 | Negative | Positive | None Detected | Negative |
| 07-01401 | Negative | Not Tested | None Detected | Negative |

## CONCLUSIONS

**Previously reported on March 13, 2007:**

**ReliaGene Case # F001260**                                      June 15, 2007

1. Serological examination fails to reveal the presence of seminal fluid on the vaginal swabs, identified as ReliaGene sample #07-01390. Microscopic examination fails to reveal the presence of identifiable spermatozoa on the vaginal swabs, identified as ReliaGene sample #07-01390. Kastle-Meyer analysis reveals the presence of blood on the vaginal swabs, identified as ReliaGene sample #07-01390.

2. Serological examination fails to reveal the presence of seminal fluid on the rectal swabs, identified as ReliaGene sample #07-01392. Microscopic examination fails to reveal the presence of identifiable spermatozoa on the rectal swabs, identified as ReliaGene sample #07-01392.

3. Serological examination fails to reveal the presence of seminal fluid on the oral swabs, identified as ReliaGene sample #07-01394. Microscopic examination fails to reveal the presence of identifiable spermatozoa on the oral swabs, identified as ReliaGene sample #07-01394.

4. Serological examination fails to reveal the presence of seminal fluid on the undergarments, identified as ReliaGene sample #07-01400. Microscopic examination fails to reveal the presence of identifiable spermatozoa on the undergarments, identified as ReliaGene sample #07-01400. Kastle-Meyer analysis reveals the presence of blood on the undergarments, identified as ReliaGene sample #07-01400.

5. Serological examination fails to reveal the presence of seminal fluid on the used condom, identified as ReliaGene sample #07-01401. Microscopic examination fails to reveal the presence of identifiable spermatozoa on the used condom, identified as ReliaGene sample #07-01401.

6. ReliaGene samples #07-01389, 07-01391, 07-01393, 07-01395 through 07-01399 were not tested.

**Additional testing results:**

DNA Testing utilizing the Profiler and Cofiler STR Multiplexes revealed the following:

See the attached chart for the specific DNA typing results.

7. The used condom- "inside" swabbing, identified as ReliaGene sample # 07-01401.01, produced a DNA profile consistent with a single male DNA donor and one weak peak consistent with the known buccal swabs of Breonna Huey, identified as ReliaGene sample # 07-01389.

8. The used condom- "outside" swabbing, identified as ReliaGene sample # 07-01401.02, produced a DNA profile consistent with a single male DNA donor.

9. The DNA profiles produced by the "inside" and "outside" swabbings of the used condom, identified as ReliaGene samples # 07-01401.01 and 07-01401.02, are consistent with each other and are not consistent with the buccal swabs of Terrance Calhoun, identified as ReliaGene sample # 07-03008. Therefore, Terrance Calhoun is excluded as the DNA donor of ReliaGene samples # 07-01401.01 and 07-01401.02.

Note: The descriptions of "inside" and "outside" swabbings of the condom refer the orientation in which the condom was received at ReliaGene. Although no sperm cells were detected in either swabbing, testing proceeded with a non-differential extraction to obtain a DNA profile from any possible epithelial cells present in this sample.

Note: Peaks below ReliaGene's thresholds may be present and are documented in the case file.

ReliaGene Case # F001260          June 15, 2007

## DNA TEST RESULTS

| Genetic Loci | 07-01389 Victim Buccals Known buccal swabs of victim Breonna Huey | 07-03008 Suspect: Buccals Buccal swabs of (S) Terrance Calhoun | 07-01401.01 Evidence: Used condom- "inside" condom swabbing | 07-01401.02 Evidence: Used condom- "outside" condom swabbing |
|---|---|---|---|---|
| D3S1358 | 14 | 14, 16 | [14], 16, 17 | 16, 17 |
| vWA | 16, 17 | 16 | 16, 19 | 16, 19 |
| FGA | • 21, 23 | 20, 22 | 21 | 21 |
| D8S1179 | 11, 14 | 8, 13 | 14 | 14 |
| D21S11 | 28, 30.2 | 30, 35 | 30 | 30 |
| D18S51 | 17, 20 | 13, 14 | 12, [19] | 12, 19 |
| D5S818 | 12 | 11, 12 | 12 | 12 |
| D13S317 | 12, 14 | 11, 13 | 11, 12 | 11, 12 |
| D7S820 | 11, 12 | 8, 11 | 8, 10 | 8, 10 |
| CSF1PO | 10, 11 | 7, 10 | 11, 12 | 11, 12 |
| TPOX | 8, 11 | 8, 10 | 6, 9 | 6, 9 |
| TH01 | 8 | 6 | 8, 9.3 | 8, 9.3 |
| D16S539 | 8, 13 | 11 | 11, 12 | 11, 12 |
| Amelogenin | X | X, Y | X, Y | X, Y |

Alleles in brackets represent weakly detected alleles.

The positive, negative, and reagent blank control samples processed at ReliaGene produced the expected result, indicating that the experiments were performed successfully. Laboratory records document the secure custody of evidence samples from receipt throughout sample testing. ReliaGene Technologies Inc. is accredited by American Society of Crime Laboratory Directors/Laboratory Accreditation Board. If you have any questions concerning this work, please contact the following individual.

Melanie Trapani, Ph.D.
Assistant Director

June 15, 2007
Date

Gina Pineda, M.S
Technical Leader/Assistant Forensic Director

June 15, 2007
Date