RE:  **People v. Terance Calhoun**
Case No.: 06013904-01
Victim:  Breonna Huey
Date of Offense:  10/27/2006

Dear Wayne County Conviction Integrity Unit:

Mr. Calhoun was found guilty of 1st Degree Criminal Sexual Conduct, Kidnapping, and Felony Firearms on March 28, 2007 arising from the sexual assault of Breonna Huey.

Ms. Huey stated that the perpetrator took her down an alley behind Checker's Liquor Store, the perpetrator then put on a condom (ET# E07700504) and pulled down her pants and underwear and tried to penetrate her rectum with his penis. Ms. Huey was able to fight off the perpetrator until he became frustrated, removed the condom and forced her to perform oral sex to completion. The perpetrator forced Ms. Huey to spit on the ground and proceeded to flee, taking Ms. Huey's backpack along with him.

Ms. Huey reported the assault and the Detroit Police Department collected a CSC kit (CSC kit ID# 842027963) which included vaginal swabs, vaginal smears, anal swabs, anal smears, rectal swabs, rectal smears, oiral swabs, oral smears, pulled head hairs, head hair combings, pulled pubic hairs, and pubic hair combings. Detroit Police Department also collected Ms. Huey's undergarments and the used condom (ET# E07700504)left by the perpetrator.

In 2007 STR DNA testing was conducted by Reliagene. Several items were screened for blood and semen (See Evidence Chart). All items were negative for semen, the vaginal swab and undergarments were positive for blood. Reliagene took the condom and created 2 extracts;

- 07-01401.01 - Extract: Inside Swab - Used Condom; and
- 07-01401.02 - Extract: Outside Swab - Used Condom.

In the Reliagene testing, the condom was tested against the victim's known sample and Mr. Calhoun's known sample. In the testing there were multiple loci that showed alleles that did not belong to Mr. Calhoun or Ms. Huey. (See Profile chart on page 2)

1

2007 Reliagene Testing Results:

| Loci | 07-01389 Buccal Swab from Breonna Huey (victim) | 07-03008 Buccal Swab of Terance Calhoun | 07-01401.01 Used Condom: Inside Swab | 07-01401.02 Used Condom: Outside Swab | Notes |
|---|---|---|---|---|---|
| D3S1358 | 14 | 14, 16 | [14], 16, 17 | 16, 17 | Unexplained 17 does not match victim or T. Calhoun. Sample is single male and single female contributors. |
| vWA | 16, 17 | 16 | 16, 19 | 16, 19 | Unexplained 19 does not match victim or T. Calhoun. Sample is single male and single female contributors. |
| FGA | 21, 23 | 20, 22 | 21 | 21 | |
| D6S1179 | 11, 14 | 8, 13 | 14 | 14 | |
| D21S11 | 28, 30.2 | 30, 35 | 30 | 30 | |
| D18S51 | 17, 20 | 13, 14 | 12, [19] | 12, 19 | Neither 12 or 19 match T. Calhoun or victim |
| D5S818 | 12 | 11, 12 | 12 | 12 | |
| D13S317 | 12, 14 | 11,13 | 11, 12 | 11, 12 | |
| D7S820 | 11, 12 | 8, 11 | 8, 10 | 8, 10 | Unexplained 10 does not match victim or T. Calhoun. Sample is single male and single female contributors. |
| CSF1PO | 10, 11 | 7, 10 | 11, 12 | 11, 12 | Unexplained 12 does not match victim or T. Calhoun, Sample is single male and single female contributors. |
| TPOX | 8, 11 | 8, 10 | 6, 9 | 6, 9 | Neither 6 or 9 match victim or T. Calhoun |
| TH01 | 8 | 8 | 8, 9.3 | 8, 9.3 | Unexplained 9.3 does not match victim or T. Calhoun, Sample is single male and single female contributors. |
| D16S539 | 8, 13 | 11 | 11, 12 | 11, 12 | Unexplained 12 does not match victim or T. Calhoun, Sample is single male and single female contributors. |
| Amelogenin | X | XY | XY | XY | |

In 2019, additional testing was done on the used condom for STR DNA testing. The results of the testing mirrored the 2007 testing. The test resulted in exclusions from the interior swab of the condom. Through the testing of item CCB1928-0182 E01b1- EF (Condom Swab - Interior - Epithelial Fraction) we can see that there are 8 unaccounted for alleles at 6 loci, specifically,

- D18S51 - Terance Calhoun does not match any of the alleles found at this loci, a total of 4 alleles were found at this location. Assuming that this sample contains the 1 male and 1 female donor Terance Calhoun is excluded from this sample
- D8S1179 - Terance Calhoun does not match any of the alleles found at this loci, a total of 3 alleles were found at this location. Assuming that this sample contains the 1 male and 1 female donor Terance Calhoun is excluded from this sample

2019 Bode testing exclusions:

| Loci | CCB1928-0182 E01a1- EF (Condom Swab - Exterior) | CCB1928-0182 E01a1- SF (Condom Swab - Exterior) | CCB1928-0182 E01b1- EF (Condom Swab - Interior) | CCB1928-0182 E01b1- SF (Condom swab - Interior) | CCB1928-0182 R02a1 (Reference Sample - T. Calhoun) |
|---|---|---|---|---|---|
| D18S51 | 12, 19 | No Results | 12, (17), 19, (20) | No Results | 13, 14 |
| D8S1179 | 14, 14 | No Results | (11), (12), 14 | 14 | 8,13 |

It is my opinion that Mr. Calhoun was excluded as the contributor to CCB1928-0182 E01b1- EF (Condom swab - interior) sample. I suspect that the other samples were limited in data based on allelic dropout. Further testing would be required to completely exclude Mr. Calhoun from all samples, if the CIP had tested these samples we would have opted for Y-STR testing which would have eliminated the victims samples from consideration but would have likely provided a better comparison between Mr. Calhoun's DNA and the male DNA found within the samples.

However, further testing is not required in this case as Mr. Calhoun has been excluded twice (2007 testing and 2019 testing). If expert review is needed, we will need to obtain the electronic files for the DNA testing to send to a qualified expert.

3