| **Michigan State Police** | | Date: 040122 |
| --- | --- | --- |
| | | Time: 3 pm |
| | | Number of Pages: 4 (Including cover sheet) |
| www.michigan.gov/msp | | From: Cassandra DeRuiter |
| | | Telephone Number: 517-819-9451 |
| ☐ Urgent ☒ At Your Request ☐ FYI | | Email Address: deruiterc@michigan.gov |
| **Transmitted To:** | | **Fax Number:** |
| MS. Angie Jackson | | 313-263-0042 |
| | | |
| | | |

☐ Acknowledgement Requested   (If checked complete the following section below)

Receipt Acknowledged By:

Date:

Time:

Comments/Instructions:

EX-200 (04/2011)
MICHIGAN STATE POLICE

WCPO_CALHOUN_SUBPOENAS_000678

Aor. 1.2022  2:53PM                                                                No. 0008  P. 2



**STATE OF MICHIGAN**
# DEPARTMENT OF STATE POLICE
## FORENSIC SCIENCE DIVISION
Lansing Forensic Laboratory
7320 N. Canal Rd
Lansing, MI 48913
(517) 284-3491
FAX (517) 636-4468

## LABORATORY REPORT

| | | | | |
|---|---|---|---|---|
| Laboratory No. | : | LS22-39 | Record No. | : 4 |
| Investigating Ofcr. | : | Kelly Dupuis | Date Received | : February 9, 2022 |
| Agency | : | Wayne County Prosecuting Attorney | Time Received | : 1:52 p.m. |
| Agency No. | : | DPD- 0610270168, WCS-7120-21, 386-22 | Date Completed | : March 31, 2022 |

**Nature of Offense:**
1100-1 – Sexual Assault CSC 1st

**Victim(s):**
Huey, Breonna

**Suspect(s):**
Wells, Lionel Jarvon
Calhoun, Terance Ternill

**Evidence:**

Item 2A      Breonna Huey - buccal*
   LS22-39-2Ad      [MI280] Breonna Huey - buccal

Item 2B      vaginal swabs (unopened, no exams)
Item 2C      vaginal smears (unopened, no exams)
Item 2D      rectal swabs (unopened, no exams)
Item 2E      rectal smears (unopened, no exams)
Item 2F      oral swabs (unopened, no exams)
Item 2G      oral smears (unopened, no exams)
Item 2H      pulled head hair (unopened, no exams)
Item 2I      head hair combings (unopened, no exams)
Item 2J      pulled pubic hair (unopened, no exams)
Item 2K      pubic hair combings (unopened, no exams)
Item 2L      underwear (unopened, no exams)

Item 3A      condom*
   LS22-39-3A1d      [MI278] "outside" condom swabs
   LS22-39-3A2d      [MI279] "inside" condom swabs

Item 3B      swab (received with condom, not examined)

MD14-218-4da      Lionel Wells - buccal (KDFLR) *[previously analyzed and reported]*

*Note: Samples, or portions thereof, have been retained for DNA analysis.

*This report contains the conclusions, opinions, and/or interpretations of the laboratory analyst whose signature appears on this report. This analyst is qualified by education, training, and experience to perform this analysis and does so as part of his or her regular duties. The analysis was conducted in an MSP laboratory accredited under the ANAB International testing program since February 16, 2017. The relevant supporting data upon which the expert opinion or inference was made are available for review/inspection.*
*Report Issued:   April 1, 2022*

WCPO_CALHOUN_SUBPOENAS_000679

Laboratory No.:  LS22-39                     Record No.:  4              Date of Report:  March 31, 2022
Agency No.:   DPD- 0610270168, WCS-7120-21, 386-22

**Results of Examination:**

DNA recovered from the above submitted sample(s) was processed using the polymerase chain reaction (PCR), autosomal short tandem repeats (STRs), and the PowerPlex Fusion System.  When applicable, these profiles were evaluated using STRmix, a probabilistic genotyping software application.

**Interpretations:**

1.  A DNA profile was obtained from item LS22-39-2Ad (Breonna Huey – buccal) that is sufficient for comparison purposes.

2.  Interpretation of item LS22-39-3A1d ("outside" condom swabs) was performed assuming that the DNA profile originated from one individual that genetically types as male.

| Hypotheses: | H₁: MD14-218-4da (Lionel Wells - buccal) <br><br> H₂: An unrelated, unknown contributor |
|---|---|
| Results: | Based on the DNA typing results obtained from the "outside" condom swabs, it is approximately 41 sextillion times more likely if it originated from Lionel Wells than if it originated from an unrelated, unknown contributor. |
| Verbal Scale: | This analysis provides very strong support that Lionel Wells is the contributor to the "outside" condom swabs. |
| Exclusions: | Breonna Huey is excluded as a contributor to the "outside" condom swabs. |

3.  Interpretation of item LS22-39-3A2d ("inside" condom swabs) was performed assuming that the DNA profile originated from two individuals, at least one of which genetically types as male.

| Hypotheses: | H₁: MD14-218-4da (Lionel Wells - buccal) and one unrelated, unknown contributor <br><br> H₂: Two unrelated, unknown contributors |
|---|---|
| Results: | Based on the DNA typing results obtained from the "inside" condom swabs, it is approximately 150 trillion times more likely if it originated from Lionel Wells and one unrelated, unknown contributor than if it originated from two unrelated, unknown contributors. |
| Verbal Scale: | This analysis provides very strong support that Lionel Wells is a contributor to the "inside" condom swabs. |

*This report contains the conclusions, opinions, and/or interpretations of the laboratory analyst whose signature appears on this report. This analyst is qualified by education, training, and experience to perform this analysis and does so as part of his or her regular duties. The analysis was conducted in an MSP laboratory accredited under the ANAB International testing program since February 16, 2017. The relevant supporting data upon which the expert opinion or inference was made are available for review/inspection.*

Report Issued:   April 1, 2022

Page 2

WCPO_CALHOUN_SUBPOENAS_000680

Laboratory No.:  LS22-39                   Record No.:  4                  Date of Report:  March 31, 2022
Agency No.:  DPD- 0610270168, WCS-7120-21, 386-22

| Hypotheses: | H₁: LS22-39-3Ad (Breonna Huey - buccal) and one unrelated, unknown contributor<br><br>H₂: Two unrelated, unknown contributors |
|---|---|
| Exclusions: | Breonna Huey is excluded as a contributor to the "inside" condom swabs. |

**Remarks:**

The propositions were formed from the information available to the undersigned at the time of analysis. If this information changes or if other propositions should be considered, the analyst is able to undertake them if instructed with sufficient time.

The magnitude of the likelihood ratio relates to the degree of support provided by the evidence under the tested hypotheses and assumptions. The qualitative statement for a comparison of the evidentiary typing results to a person of interest is based on the following table:

| Likelihood Ratio | Qualitative Equivalent |
|---|---|
| 0 | Exclusion |
| 1 | Uninformative |
| 2 to 99 | Limited Support |
| 100 to 9,999 | Moderate Support |
| 10,000 to 999,999 | Strong Support |
| 1,000,000 and greater | Very Strong Support |

Please submit a known buccal swab collected from potential contributors to this case to be used for further analysis and comparisons.

Other staff members have processed evidence associated with this report, in addition to the reporting analyst.

Biology processing was conducted on February 22, 2022, at the Metro Detroit Forensic Laboratory.

DNA processing began on March 9, 2022, at the Northville Forensic Laboratory.

**Disposition of Evidence:**

All remaining evidence and extracts will be returned to the submitting agency. Samples, or portions thereof, that have been retained for DNA may have been consumed in analysis.

Cassandra DeRuiter
Forensic Scientist
Biology Unit
email: DeRuiterC@michigan.gov

March 31, 2022

cc:   Ken Muscat, Miranda Comsa, Robert Kane

*This report contains the conclusions, opinions, and/or interpretations of the laboratory analyst whose signature appears on this report. This analyst is qualified by education, training, and experience to perform this analysis and does so as part of his or her regular duties. The analysis was conducted in an MSP laboratory accredited under the ANAB International testing program since February 16, 2017. The relevant supporting data upon which the expert opinion or inference was made are available for review/inspection.*
*Report Issued:   April 1, 2022*
Page 3

WCPO_CALHOUN_SUBPOENAS_000681