## Christopher Michels

| | |
|---|---|
| **From:** | Rhianna Rey <rhianna@nsbhf.com> |
| **Sent:** | Tuesday, April 22, 2025 3:41 PM |
| **To:** | Krystal Crittendon; Christopher Michels; Crystal Olmstead; Alfred Ashu; Philip Hiltner; Deanna Denby |
| **Cc:** | Emma Freudenberger; Katie Cion; Julie Hurwitz; Kathryn James; Dayja Tillman; Kyle Bryant; Kara Goedde; Jackie Ochoa Acevedo |
| **Subject:** | [EXTERNAL] Re: Calhoun v. Kane et al.: Plaintiff's Expert Reports and Disclosures |
| **Attachments:** | Ballard_CV April 2025.pdf; Ballard_Attachments.pdf |

Counsel,

I'm following up with Dr. Ruth Ballard's updated CV and her 4-page work product attachment referenced in her report that was inadvertently not included as part of the email below.

Thanks,
Rhianna

Rhianna Rey, Staff Attorney
Neufeld Scheck Brustin Hoffmann & Freudenberger, LLP
200 Varick Street, Suite 800
New York, NY 10014
Office: (212) 965-9081
Cell: (917) 781-0774


On Thu, Mar 13, 2025 at 7:13 PM Jackie Ochoa Acevedo <jackie@nsbhf.com> wrote:
Counsel,

I have attached Plaintiff's expert reports and disclosures.

Thanks,
Jackie

--
Jackie Ochoa Acevedo
Civil Rights Paralegal
Neufeld Scheck Brustin Hoffmann & Freudenberger, LLP
200 Varick Street, Suite 800
New York, NY 10014
Office: (212) 965-9081
Fax: (212) 965-9084
jackie@nsbhf.com
www.nsbhf.com
Pronouns: she/her

1